UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-104-1-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SARITA GREEN, | ) | |
| Defendant. | ) | |

This matter is before the court on Sarita Green's letter-motion for a modification of her sentence. See [DE-30]. She recently has reported to the Bureau of Prisons to begin service of her 24-month active sentence, which is to be followed by a three-year term of supervised release. Ms. Green requests that the court modify her sentence to permit her to serve six months in prison, plus 14 months in home confinement so that she may continue working in North Carolina, receiving medical treatment at UNC-Chapel Hill, and assisting her fiancé who suffers from serious health issues.

While the court appreciates that Ms. Green reports she has done well on release pending incarceration, and that she would like to maintain employment, the court lacks authorization in these circumstances to modify her sentence. Accordingly, Ms. Green's motion to modify her sentence [DE-30] is DENIED.

SO ORDERED.

This, the 13th day of December, 2012.

_____
JAMES C. FOX
Senior United States District Judge